## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**CHRIS L. JONES,**
**Reg. #28728-009**                                                                                              **PLAINTIFF**

**V.**                                     **CASE NO. 2:16-CV-117-KGB-BD**

**C.V. RIVERA and**
**KRUGER**                                                                                              **DEFENDANTS**

### ORDER OF DISMISSAL

Plaintiff Chris Jones, a federal inmate at the Federal Correctional Institution in Forrest City, filed this case without the help of a lawyer.  (Docket entry #1)  He has now moved to voluntarily dismiss the claims raised in his complaint.  (#5)  The motion (#5) is GRANTED.  Mr. Jones's claims are DISMISSED, without prejudice.

The Clerk is directed to close this case.

IT IS SO ORDERED, this 19th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE