# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**CHRIS L. JONES,**
Reg. #28728-009                                                                                    **PLAINTIFF**

V.                          CASE NO. 2:16-CV-117-KGB-BD

**C.V. RIVERA and**
**KRUGER**                                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 19th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE